# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DAWUDA ABDUL MAJEED, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-72 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Petitioner Dawuda Abdul Majeed ("Majeed") failed to file any Objections.

Accordingly, the Court **DISMISSES** Majeed's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Majeed leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 28 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)